AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shubb, William B. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>04/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>501 I Street<br>Suite 14-210<br>Sacramento, CA 95814 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America Accounts | A | Interest | M | T | | | | | |
| 3. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. (H) ANNUITIES | | | | | | | | | |
| 6. American Skandia - PIMCO Total Return | | None | K | T | | | | | |
| 7. American Skandia - T Rowe Price Large Cap Fund | | None | K | T | | | | | |
| 8. American Skandia - Cohen & Steers Realty Fnd | | None | K | T | | | | | |
| 9. American Skandia - Lord Abbett Core Bond | | None | K | T | | | | | |
| 10. American Skandia - Profund Large Cap | | None | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. Venture Annuity - US Equity Fund | | None | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. (H) LIMITED PARTNERSHIPS | | | | | | | | | |
| 15. Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (H) RAYMOND JAMES IRA | | | | | | | | | |
| 19. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. (H) RAYMOND JAMES ACCOUNT (JT - 3136) | | | | | | | | | |
| 23. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 24. Alliance Muni Income CA | C | Dividend | M | T | | | | | |
| 25. Invesco Van Kampen Interm Muni Fund | A | Dividend | K | T | | | | | |
| 26. Mainstay Conservative Allocation Fund | A | Dividend | K | T | Sold (part) | 12/28/16 | K | B | |
| 27. WF Advantage Strategic Muni Bond Fund | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 28. Putnam Global Industrials Fund | A | Dividend | K | T | Buy | 12/28/16 | K | | |
| 29. | | | | | | | | | |
| 30. (H) RAYMOND JAMES ACCOUNT (-3073) | | | | | | | | | |
| 31. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 32. AB Muni Income CA, fmrly Alliance Muni Incm Ins'd CA | B | Dividend | K | T | Sold (part) | 12/28/16 | K | | |
| 33. Fidelity Advisor Real Estate Income "C" | C | Dividend | M | T | | | | | |
| 34. Franklin Income Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Income Fund "C" | C | Dividend | K | T | | | | | |
| 36. Invesco Equity & Income Fund "C" | A | Dividend | K | T | | | | | |
| 37. Invesco Van Kampen Equity Income Fund | B | Dividend | L | T | | | | | |
| 38. Prudential Stock Index Fund "C" | D | Dividend | L | T | | | | | |
| 39. J Hancock Regional Bank Fund | A | Dividend | K | T | Buy | 12/28/16 | K | | |
| 40. | | | | | | | | | |
| 41. (H) WF ADVISORS-IRA (B) | | | | | | | | | |
| 42. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 43. Equally Weighted S&P Fund | A | Dividend | L | T | | | | | |
| 44. New Perspective Fund | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. (H) WF ADVISORS (JT) | | | | | | | | | |
| 47. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 48. Boeing | C | Dividend | L | T | | | | | |
| 49. Chevron | B | Dividend | L | T | | | | | |
| 50. Coca Cola | B | Dividend | K | T | | | | | |
| 51. General Electric | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel | A | Dividend | K | T | | | | | |
| 53. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 54. Investment Company of America | C | Dividend | M | T | Buy (add'l) | 07/26/16 | K | | |
| 55. New Perspective Fund | B | Dividend | M | T | Buy (add'l) | 07/26/16 | K | | |
| 56. | | | | | | | | | |
| 57. (H) IRA - S | | | | | | | | | |
| 58. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 59. Diversified Dividend Fund | A | Dividend | J | T | | | | | |
| 60. Apache Corp. | A | Dividend | J | T | | | | | |
| 61. Sempra Energy | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. (H) IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 64. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 65. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 66. Equally Weighted S&P 500 | B | Dividend | L | T | Sold (part) | 07/12/16 | L | E | |
| 67. Diversified Dividend Fund | B | Dividend | M | T | | | | | |
| 68. Abbott Labs | A | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AbbVie | B | Dividend | | | Sold | 06/08/16 | L | E | |
| 70. A T & T | B | Dividend | K | T | | | | | |
| 71. Boeing | B | Dividend | L | T | Buy (add'l) | 04/26/16 | K | | |
| 72. Bristol Meyers | B | Dividend | K | T | | | | | |
| 73. Chevron | C | Dividend | M | T | | | | | |
| 74. Coca Cola | B | Dividend | K | T | | | | | |
| 75. Conoco | A | Dividend | K | T | | | | | |
| 76. Disney | B | Dividend | L | T | Buy (add'l) | 06/08/16 | K | | |
| 77. Dow Chemical | B | Dividend | K | T | Buy (add'l) | 12/19/16 | K | | |
| 78. General Electric | B | Dividend | K | T | | | | | |
| 79. Intel | B | Dividend | K | T | Buy (add'l) | 06/08/16 | K | | |
| 80. IBM | B | Dividend | K | T | | | | | |
| 81. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 82. Phillips 76 | B | Dividend | K | T | | | | | |
| 83. Proctor & Gamble | B | Dividend | L | T | Buy (add'l) | 12/19/16 | J | | |
| 84. Sempra Energy | B | Dividend | K | T | Buy (add'l) | 04/15/16 | K | | |
| 85. Target | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Yum Brands | A | Dividend | J | T | | | | | |
| 87. Yum China Holdings | | None | J | T | Spinoff (from line 86) | 11/01/16 | J | | |
| 88. Delphi Finc'l 7.376% Pfd 5/1/67 | A | Dividend | J | T | | | | | |
| 89. Equity Commonwealth 7.23% Pfd 5/15/16 | B | Dividend | | | Sold | 07/12/16 | K | | |
| 90. Equity Commonwealth 5.75% Pfd 8/1/42 (EQCO) | B | Dividend | K | T | Buy (add'l) | 07/12/16 | K | | |
| 91. GE Capital 4.875% Pfd (GEB) | C | Dividend | L | T | | | | | |
| 92. GE Capital 4.7% Pfd 5/16/53 (GEK) | C | Dividend | L | T | Buy (add'l) | 07/12/16 | K | | |
| 93. Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | | | Sold | 07/26/16 | K | B | |
| 94. Morgan Stanley 6.25% Pfd 3/1/33 (MWR) | A | Dividend | | | Sold | 07/26/16 | K | | |
| 95. PS Bus Parks 5.75% Pfd | B | Dividend | L | T | | | | | |
| 96. Public Storage 5.125% Pfd 5/17/2021 | B | Dividend | L | T | Buy | 07/26/16 | L | | |
| 97. Welltower 6.5% Pfd | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 90 of the 2015 FDR "Delphi Financial 7.376% Pfd 5/1/67" was moved to line 89 of the 2016 FDR

Line 93 of the 2015 FDR "Welltower 6.5% Pfd"was moved to line 98 of the 2016 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. Shubb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544